IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KATHERINE MARIE KRIEGER,
*aka Katherine Marie Waayenberg,*

Defendant.

CR-18-5-H-CCL

ORDER GRANTING
DEFENDANT'S MOTION TO
CONTINUE

Before the court is defendant's unopposed Motion to Continue Trial Date and other attendant deadlines, including the past pretrial motions deadlines of April 2, 2018, stating he has recently moved his law practice and needs additional time to prepare for trial in this matter. For good cause shown,

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the jury trial currently set for May 14, 2018 is Vacated and Reset for trial on September 17, 2018 at 9:30 a.m. in Courtroom II, United States Courthouse, 901 Front Street, Helena, Montana.

All pretrial motions with supporting briefs shall be filed by August 6, 2018. Responsive briefs shall be filed no later than August 20, 2018, and reply briefs, if

any, or written notice to the court that none will be filed shall be filed by August 27, 2018. **No extension will be granted on these deadlines except for good cause shown.** Requests for extension shall be filed no later than <u>five</u> days prior to the filing deadlines.

Any plea agreement shall be <u>received</u> in the Clerk's Office at <u>Helena</u> by August 31, 2018, which means that the plea agreement should be filed simultaneously with a motion to change plea by the deadline, and the original plea agreement submitted to chambers by the due date. Motions for enlargement of time in which to file a plea agreement shall be received in <u>Helena</u> no later August 31, 2018. In the absence of a motion to extend the plea agreement deadline and except for good cause shown, no plea agreement will be considered by the court thereafter.

Any party seeking a continuance of the trial date shall file a motion to continue in the <u>Helena</u> Clerk's Office on or before August 31, 2018.

In the absence of a signed Plea Agreement or a motion to continue the trial date by August 31, 2018, the Clerk will order a jury on September 4, 2018. Late filing of motions to continue or plea agreements may result in assessment of costs or imposition of other sanctions against the parties and/or counsel.

Proposed voir dire questions and proposed jury instructions shall be filed with the Clerk of Court in Helena by September 10, 2018.

To aid and assist the court in preparing for trial and in trying the case,

IT IS FURTHER ORDERED that the Government shall submit to the court on or before September 10, 2018, a trial brief and a trial notebook containing:

(a) a short summary of the nature and substance of the testimony of the witness;

(b) a list of all the exhibits to be used with that witness;

(c) a list containing a description of each exhibit to be used with each witness;

(d) a photocopy of each exhibit (when possible) to be used with each witness.

The trial brief shall include legal authority as to the Government's position on all legal issues and evidentiary rulings and any anticipated objections thereto.

Counsel for defendant may, but is not required to, submit to the court a similar trial brief from defendant's perspective.

To enable the court to operate in the most efficient manner possible, it is

essential that this schedule be strictly adhered to by the parties.

The court finds that the interests of justice outweigh the interests of the defendant and the public in speedy trial because of counsel's change of firm. All delay occasioned by the continuance of the trial setting will be excluded from the defendant's speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(8)(A).

Delay occasioned by the filing, briefing and deciding of any pretrial motions will be excluded pursuant to 81 U.S.C. § 3161 (h)(1)(F) & (J).

The Clerk is directed forthwith to notify counsel of the entry of this order.

DATED this 30th day of April, 2018.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE